UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

v.                                                        Case No. 2:13-cr-6
                                                        HON. PAUL L. MALONEY

BRADLEY JOSEPH HASE,

               Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on March 8, 2018, for an appearance after being arrested on a petition for warrant for offender under supervision. He was advised of her rights, the charges and penalties.

The government requested the defendant be detained pending further proceedings.

For reasons stated on the record, defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                          /s/ Timothy P. Greeley
                                                          TIMOTHY P. GREELEY
                                                          UNITED STATES MAGISTRATE JUDGE

Dated: March 9, 2018